| Information to identify the case: | | |
|---|---|---|
| Debtor 1: | Duane E. Lanious<br>First Name   Middle Name   Last Name | Social Security number or ITIN:   xxx–xx–2958<br>EIN:   _ _–_ _ _ _ _ _ _ |
| Debtor 2:<br>(Spouse, if filing) | First Name   Middle Name   Last Name | Social Security number or ITIN:  _ _ _ _<br>EIN:   _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court:   WESTERN DISTRICT OF PENNSYLVANIA | | Date case filed for chapter:        7      6/23/26 |
| Case number:   26–21724–CMB | | |

Official Form 309A (For Individuals or Joint Debtors)

## Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline

10/20

**For the debtors listed above, a case has been filed under chapter 7 of the Bankruptcy Code. An order for relief has been entered.**

**This notice has important information about the case for creditors, debtors, and trustees, including information about the meeting of creditors and deadlines. Read both pages carefully.**

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtors or the debtors' property. For example, while the stay is in effect, creditors cannot sue, garnish wages, assert a deficiency, repossess property, or otherwise try to collect from the debtors. Creditors cannot demand repayment from debtors by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although debtors can ask the court to extend or impose a stay.

The debtors are seeking a discharge. Creditors who assert that the debtors are not entitled to a discharge of any debts or who want to have a particular debt excepted from discharge may be required to file a complaint in the bankruptcy clerk's office within the deadlines specified in this notice. (See line 9 for more information.)

To protect your rights, consult an attorney. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records at  https://pacer.uscourts.gov).

**The staff of the bankruptcy clerk's office cannot give legal advice.**

**To help creditors correctly identify debtors, debtors submit full Social Security or Individual Taxpayer Identification Numbers, which may appear on a version of this notice. However, the full numbers must not appear on any document filed with the court.**

**Do not file this notice with any proof of claim or other filing in the case. Do not include more than the last four digits of a Social Security or Individual Taxpayer Identification Number in any document, including attachments, that you file with the court.**

| | | About Debtor 1: | About Debtor 2: |
|---|---|---|---|
| 1. | **Debtor's full name** | Duane E. Lanious | |
| 2. | **All other names used in the last 8 years** | | |
| 3. | **Address** | 467 1st Street<br>Leechburg, PA 15656 | |
| 4. | **Debtor's attorney**<br>Name and address | Kenneth Steidl<br>Steidl & Steinberg<br>Koppers Building<br>436 Seventh Ave. Ste. 322<br>Pittsburgh, PA 15219 | Contact phone 412–391–8000<br><br>Email:  julie.steidl@steidl–steinberg.com |
| 5. | **Bankruptcy trustee**<br>Name and address | Robert H. Slone, Trustee<br>223 South Maple Avenue<br>Greensburg, PA 15601 | Contact phone 724–834–2990<br><br>Email:  robertslone223@gmail.com |

**For more information, see page 2 >**

Debtor **Duane E. Lanious**                                           Case number **26–21724–CMB**

| | | | |
|---|---|---|---|
| **6.** | **Bankruptcy clerk's office**<br><br>Documents in this case may be filed at this address. You may inspect all records filed in this case at this office or online at https://pacer.uscourts.gov. | U.S. Bankruptcy Court<br>5414 U.S. Steel Tower<br>600 Grant Street<br>Pittsburgh, PA 15219 | Hours open:<br>Mon. – Fri. Pittsburgh Office:<br>9:00a.m. – 4:30p.m. Erie Office:<br>9:00a.m. – 4:30p.m.<br><br>Contact phone 412–644–2700<br><br>Date: 6/24/26 |
| **7.** | **Meeting of creditors**<br><br>Debtors must attend the meeting to be questioned under oath. In a joint case, both spouses must attend. Creditors may attend, but are not required to do so. | **July 24, 2026 at 10:00 AM**<br><br>The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket. | Location:<br><br>**Zoom video meeting. Go to Zoom.us/join, Enter Meeting ID 742 575 1673, and Passcode 8273647003, call 1–878–212–9551**<br>For additional information, go to:<br>https://www.justice.gov/ust/moc |
| **8.** | **Presumption of abuse**<br><br>If the presumption of abuse arises, you may have the right to file a motion to dismiss the case under 11 U.S.C. § 707(b). Debtors may rebut the presumption by showing special circumstances. | The presumption of abuse does not arise. | |
| **9.** | **Deadlines**<br><br>The bankruptcy clerk's office must receive these documents and any required filing fee by the following deadlines. | **File by the deadline to object to discharge or to challenge whether certain debts are dischargeable:**<br><br>**You must file a complaint:**<br>• if you assert that the debtor is not entitled to receive a discharge of any debts under any of the subdivisions of 11 U.S.C. § 727(a)(2) through (7), or<br><br>• if you want to have a debt excepted from discharge under 11 U.S.C § 523(a)(2), (4), or (6).<br><br>**You must file a motion:**<br>• if you assert that the discharge should be denied under § 727(a)(8) or (9). | **Filing deadline: 9/22/26** |
| | | **Deadline to object to exemptions:**<br>The law permits debtors to keep certain property as exempt. If you believe that the law does not authorize an exemption claimed, you may file an objection. | **Filing deadline:** 30 days after the *conclusion* of the meeting of creditors |
| **10.** | **Proof of claim**<br><br>Please do not file a proof of claim unless you receive a notice to do so. | No property appears to be available to pay creditors. Therefore, please do not file a proof of claim now. If it later appears that assets are available to pay creditors, the clerk will send you another notice telling you that you may file a proof of claim and stating the deadline. | |
| **11.** | **Creditors with a foreign address** | If you are a creditor receiving a notice mailed to a foreign address, you may file a motion asking the court to extend the deadlines in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. | |
| **12.** | **Exempt property** | The law allows debtors to keep certain property as exempt. Fully exempt property will not be sold and distributed to creditors. Debtors must file a list of property claimed as exempt. You may inspect that list at the bankruptcy clerk's office or online at https://pacer.uscourts.gov. If you believe that the law does not authorize an exemption that the debtors claim, you may file an objection. The bankruptcy clerk's office must receive the objection by the deadline to object to exemptions in line 9. | |

United States Bankruptcy Court

Western District of Pennsylvania

In re:                                                                                      Case No. 26-21724-CMB

Duane E. Lanious                                                                 Chapter 7
      Debtor

# CERTIFICATE OF NOTICE

| District/off: 0315-2 | User: auto | Page 1 of 3 |
|---|---|---|
| Date Rcvd: Jun 24, 2026 | Form ID: 309A | Total Noticed: 40 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 26, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Duane E. Lanious, 467 1st Street, Leechburg, PA 15656-1169 |
| 16683538 | + | Allegheny Health Network, 8686 New Trails Drive, The Woodlands, TX 77381-1176 |
| 16683546 | + | Christopher Carfagno, Esq., Pressler Felt & Warshaw LLP, 7 Entin Road, Parsippany, NJ 07054-0245 |
| 16683548 | + | Crown Asset Management, c/o Christopher Carfagno, Esq., Pressler, Felt & Warshaw LLP 7 Entin Rd, Parsippany, NJ 07054-5020 |
| 16683555 | + | Gregg L. Morris, Esq., Patenaude & Felix APC, 2400 Ansys Drive, Suite 402B, Canonsburg, PA 15317-0403 |
| 16683562 | + | Mason Pay, PO Box 2868, Monroe, WI 53566-8068 |

TOTAL: 6

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| aty | | Email/Text: julie.steidl@steidl-steinberg.com | Jun 25 2026 00:41:00 | Kenneth Steidl, Steidl & Steinberg, Koppers Building, 436 Seventh Ave. Ste. 322, Pittsburgh, PA 15219 |
| tr | + | Email/Text: robertslone223@gmail.com | Jun 25 2026 00:41:00 | Robert H. Slone, Trustee, 223 South Maple Avenue, Greensburg, PA 15601-3232 |
| smg | | EDI: PENNDEPTREV | Jun 25 2026 04:37:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| smg | | EDI: PENNDEPTREV | Jun 25 2026 04:37:00 | Pennsylvania Dept. of Revenue, Department 280946, P.O. Box 280946, ATTN: BANKRUPTCY DIVISION, Harrisburg, PA 17128-0946 |
| ust | + | Email/Text: ustpregion03.pi.ecf@usdoj.gov | Jun 25 2026 00:42:00 | Office of the United States Trustee, 1000 Liberty Avenue, Suite 1316, Pittsburgh, PA 15222-4013 |
| 16683535 | | Email/Text: advance.cashbankruptcies@mcilend.com | Jun 25 2026 00:41:00 | Advance Cash, PO Box 10, Parshall, ND 58770 |
| 16683537 | | Email/PDF: AffirmBKNotifications@resurgent.com | Jun 25 2026 00:53:23 | Affirm, Inc., Attn: Bankruptcy, 650 California St Fl 12, San Francisco, CA 94108-2716 |
| 16683536 | | Email/PDF: AffirmBKNotifications@resurgent.com | Jun 25 2026 00:53:23 | Affirm, Inc., 650 California St, Fl 12, San Francisco, CA 94108-2716 |
| 16683540 | | EDI: GMACFS.COM | Jun 25 2026 04:37:00 | Ally Financial, Inc, Attn: Bankruptcy, PO Box 380901, Bloomington, MN 55438-0901 |
| 16683539 | | EDI: GMACFS.COM | Jun 25 2026 04:37:00 | Ally Financial, Inc, PO Box 380901, Bloomington, MN 55438-0901 |
| 16683541 | + | Email/Text: ebn@americanwebloan.com | Jun 25 2026 00:42:00 | American Web Loan, 3910 W. 6th Avenue, Box 277, Stillwater, OK 74074-1745 |
| 16683547 | ^ | MEBN | Jun 25 2026 00:38:43 | COMCAST XFINITY, PO Box 64378, Saint Paul, MN 55164-0378 |
| 16683543 | | EDI: CAPITALONE.COM | Jun 25 2026 04:37:00 | Capital One, AttN: Bankruptcy, PO Box 30285, |

| Recip ID | | Notice Type | Time Sent | Name and Address |
|---|---|---|---|---|
| | | | | Salt Lake City, UT 84130-0285 |
| 16683542 | | EDI: CAPITALONE.COM | Jun 25 2026 04:37:00 | Capital One, PO Box 31293, Salt Lake City, UT 84131-0293 |
| 16683544 | + | Email/Text: omx-bnc-bk-notices@chime.com | Jun 25 2026 00:41:00 | Chimefinal, 101 California St, San Francisco, CA 94111-3580 |
| 16683545 | | Email/Text: omx-bnc-bk-notices@chime.com | Jun 25 2026 00:41:00 | Chimefinal, Attn: Bankruptcy, PO Box 417, San Francisco, CA 94104-0417 |
| 16683549 | | Email/PDF: MerrickBKNotifications@Resurgent.com | Jun 25 2026 00:53:06 | Cws/cw Nexus, Attn: Bankruptcy, PO Box 9201, Old Bethpage, NY 11804-9001 |
| 16683552 | | Email/Text: BNSFS@capitalsvcs.com | Jun 25 2026 00:41:00 | First Savings Bank/Blaze, Attn: Bankruptcy, PO Box 5096, Sioux Falls, SD 57117-5096 |
| 16683551 | | Email/Text: BNSFS@capitalsvcs.com | Jun 25 2026 00:41:00 | First Savings Bank/Blaze, PO Box 5096, Sioux Falls, SD 57117-5096 |
| 16683554 | | Email/Text: Atlanticus@ebn.phinsolutions.com | Jun 25 2026 00:41:00 | Fortiva, Attn: Bankruptcy, PO Box 105555, Atlanta, GA 30348-5555 |
| 16683553 | | Email/Text: Atlanticus@ebn.phinsolutions.com | Jun 25 2026 00:41:00 | Fortiva, PO Box 105555, Atlanta, GA 30348-5555 |
| 16683556 | | EDI: LCIICSYSTEM | Jun 25 2026 04:37:00 | I.C. System, Inc, PO Box 64378, Saint Paul, MN 55164-0378 |
| 16683557 | | EDI: LCIICSYSTEM | Jun 25 2026 04:37:00 | Ic Systems, Inc, Attn: Bankruptcy, 444 Highway 96 E, Saint Paul, MN 55127-2557 |
| 16683558 | | Email/Text: bk@lendmarkfinancial.com | Jun 25 2026 00:41:00 | Lendmark Financial Ser, 2118 Usher St NW, Covington, GA 30014-2434 |
| 16683561 | + | Email/PDF: resurgentbknotifications@resurgent.com | Jun 25 2026 00:53:23 | LVNV Funding/Resurgent Capital, Attn: Bankruptcy, PO Box 10497, Greenville, SC 29603-0497 |
| 16683559 | | Email/Text: LC-Bankruptcy-RF@loancare.net | Jun 25 2026 00:41:00 | Loancare LLC, 3637 Sentara Way, Virginia Beach, VA 23452-4262 |
| 16683560 | | Email/Text: LC-Bankruptcy-RF@loancare.net | Jun 25 2026 00:41:00 | Loancare LLC, Attn: Bankrutptcy, PO Box 8068, Virginia Beach, VA 23450-8068 |
| 16683563 | | Email/PDF: MerrickBKNotifications@Resurgent.com | Jun 25 2026 00:53:22 | Merrick Bank, PO Box 9201, Old Bethpage, NY 11804-9001 |
| 16683564 | ^ | MEBN | Jun 25 2026 00:38:38 | Michael Ratchford, Esq., 54 Glenmaura National Blvd, Suite 104, Moosic, PA 18507-2161 |
| 16683565 | | EDI: AGFINANCE.COM | Jun 25 2026 04:37:00 | Onemain, PO Box 1010, Evansville, IN 47706-1010 |
| 16683567 | ^ | MEBN | Jun 25 2026 00:38:04 | Prestige Financial Svc, Attn: Bankruptcy, 351 W Opportunity Way, Draper, UT 84020-1399 |
| 16683566 | | Email/Text: bankruptcy@gopfs.com | Jun 25 2026 00:42:00 | Prestige Financial Svc, 1420 S 500 W, Salt Lake City, UT 84115-5149 |
| 16683568 | + | Email/Text: UpStart@ebn.phinsolutions.com | Jun 25 2026 00:41:00 | Upstart Network, 2950 South Delaware Street, San Mateo, CA 94403-2580 |
| 16683569 | + | EDI: VERIZONCOMB.COM | Jun 25 2026 04:37:00 | Verizon Wireless, PO Box 650051, Dallas, TX 75265-0051 |

TOTAL: 34

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 16683550 | | Father |

District/off: 0315-2
User: auto
Page 3 of 3
Date Rcvd: Jun 24, 2026
Form ID: 309A
Total Noticed: 40

TOTAL: 1 Undeliverable, 0 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 26, 2026                      Signature:          /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 24, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Kenneth Steidl | on behalf of Debtor Duane E. Lanious julie.steidl@steidl-steinberg.com ken.steidl@steidl-steinberg.com;ifriend@steidl-steinberg.com;asteidl@steidl-steinberg.com;todd@steidl-steinberg.com;rlager@steidl-steinberg.com;bwilhelm@steidl-steinberg.com;Steidl.KenB104904@notify.bestcase.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Robert H. Slone, Trustee | robertslone223@gmail.com  rslone@mahadylegal.com;pa07@ecfcbis.com |

TOTAL: 3