Certificate Number: 17082-PAW-DE-041206091

Bankruptcy Case Number: 26-21724



17082-PAW-DE-041206091

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on July 14, 2026, at 4:12 o'clock PM MST, DUANE E LANIOUS completed a course on personal financial management given by internet by Summit Financial Education, Inc., a provider approved pursuant to 11 U.S.C.  111 to provide an instructional course concerning personal financial management in the Western District of Pennsylvania.

Date:   July 14, 2026             By:     /s/Orsolya K Lazar

                                  Name:   Orsolya K Lazar

                                  Title:  Executive Director