**Information to identify the case:**

| | | | |
|---|---|---|---|
| Debtor 1 | Duane E. Lanious<br>First Name Middle Name Last Name | Social Security number or ITIN | xxx–xx–2958 |
| | | EIN | _ _–_ _ _ _ _ _ _ |
| Debtor 2<br>(Spouse, if filing) | First Name Middle Name Last Name | Social Security number or ITIN | _ _ _ _ |
| | | EIN | _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court | WESTERN DISTRICT OF PENNSYLVANIA | | |
| Case number: | 26–21724–JAD | | |

# Order of Discharge

**12/15**

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

Duane E. Lanious

9/23/26

**By the court:** Jeffery A. Deller
United States Bankruptcy Judge

## Explanation of Bankruptcy Discharge in a Chapter 7 Case

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

### Creditors cannot collect discharged debts

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

### Most debts are discharged

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**For more information, see page 2 >**

**Some debts are not discharged**

Examples of debts that are not discharged are:

- debts that are domestic support obligations;
- debts for most student loans;
- debts for most taxes;
- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;
- debts for most fines, penalties, forfeitures, or criminal restitution obligations;
- some debts which the debtors did not properly list;
- debts for certain types of loans owed to pension, profit sharing, stock bonus, or retirement plans; and
- debts for death or personal injury caused by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation agreement are not discharged.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of the bankruptcy discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court
Western District of Pennsylvania

In re: Case No. 26-21724-JAD
Duane E. Lanious Chapter 7
Debtor

# CERTIFICATE OF NOTICE

District/off: 0315-2 User: admin Page 1 of 3
Date Rcvd: Sep 23, 2026 Form ID: 318 Total Noticed: 39

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 25, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Duane E. Lanious, 467 1st Street, Leechburg, PA 15656-1169 |
| cr | + | Duquesne Light Company, c/o Bernstein-Burkley, P.C., 601 Grant Street, 9th Floor, Pittsburgh, PA 15219-4430 |
| 16683538 | + | Allegheny Health Network, 8686 New Trails Drive, The Woodlands, TX 77381-1176 |
| 16683546 | + | Christopher Carfagno, Esq., Pressler Felt & Warshaw LLP, 7 Entin Road, Parsippany, NJ 07054-0245 |
| 16683548 | + | Crown Asset Management, c/o Christopher Carfagno, Esq., Pressler, Felt & Warshaw LLP 7 Entin Rd, Parsippany, NJ 07054-5020 |
| 16683555 | + | Gregg L. Morris, Esq., Patenaude & Felix APC, 2400 Ansys Drive, Suite 402B, Canonsburg, PA 15317-0403 |
| 16683562 | + | Mason Pay, PO Box 2868, Monroe, WI 53566-8068 |

TOTAL: 7

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | EDI: PENNDEPTREV | Sep 24 2026 06:21:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| smg | | EDI: PENNDEPTREV | Sep 24 2026 06:21:00 | Pennsylvania Dept. of Revenue, Department 280946, P.O. Box 280946, ATTN: BANKRUPTCY DIVISION, Harrisburg, PA 17128-0946 |
| cr | + | EDI: AISACG.COM | Sep 24 2026 06:21:00 | Ally Bank c/o AIS Portfolio Services, LLC, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 16683535 | | Email/Text: advance.cashbankruptcies@mcilend.com | Sep 24 2026 02:33:00 | Advance Cash, PO Box 10, Parshall, ND 58770 |
| 16683537 | | Email/PDF: AffirmBKNotifications@resurgent.com | Sep 24 2026 02:42:09 | Affirm, Inc., Attn: Bankruptcy, 650 California St Fl 12, San Francisco, CA 94108-2716 |
| 16683536 | | Email/PDF: AffirmBKNotifications@resurgent.com | Sep 24 2026 02:42:11 | Affirm, Inc., 650 California St, Fl 12, San Francisco, CA 94108-2716 |
| 16683540 | | EDI: GMACFS.COM | Sep 24 2026 06:21:00 | Ally Financial, Inc, Attn: Bankruptcy, PO Box 380901, Bloomington, MN 55438-0901 |
| 16683539 | | EDI: GMACFS.COM | Sep 24 2026 06:21:00 | Ally Financial, Inc, PO Box 380901, Bloomington, MN 55438-0901 |
| 16683541 | + | Email/Text: ebn@americanwebloan.com | Sep 24 2026 02:34:00 | American Web Loan, 3910 W. 6th Avenue, Box 277, Stillwater, OK 74074-1745 |
| 16683547 | ^ | MEBN | Sep 24 2026 02:31:57 | COMCAST XFINITY, PO Box 64378, Saint Paul, MN 55164-0378 |
| 16683543 | | EDI: CAPITALONE.COM | Sep 24 2026 06:21:00 | Capital One, AttN: Bankruptcy, PO Box 30285, Salt Lake City, UT 84130-0285 |
| 16683542 | | EDI: CAPITALONE.COM | Sep 24 2026 06:21:00 | Capital One, PO Box 31293, Salt Lake City, UT 84131-0293 |
| 16683544 | + | Email/Text: omx-bnc-bk-notices@chime.com | | |

| | | | | |
|---|---|---|---|---|
| | | | Sep 24 2026 02:33:00 | Chimefinal, 101 California St, San Francisco, CA 94111-3580 |
| 16683545 | | Email/Text: omx-bnc-bk-notices@chime.com | Sep 24 2026 02:33:00 | Chimefinal, Attn: Bankruptcy, PO Box 417, San Francisco, CA 94104-0417 |
| 16683549 | | Email/PDF: MerrickBKNotifications@Resurgent.com | Sep 24 2026 02:42:07 | Cws/cw Nexus, Attn: Bankruptcy, PO Box 9201, Old Bethpage, NY 11804-9001 |
| 16683552 | | Email/Text: BNSFS@capitalsvcs.com | Sep 24 2026 02:33:00 | First Savings Bank/Blaze, Attn: Bankruptcy, PO Box 5096, Sioux Falls, SD 57117-5096 |
| 16683551 | | Email/Text: BNSFS@capitalsvcs.com | Sep 24 2026 02:33:00 | First Savings Bank/Blaze, PO Box 5096, Sioux Falls, SD 57117-5096 |
| 16683554 | | Email/Text: Atlanticus@ebn.phinsolutions.com | Sep 24 2026 02:33:00 | Fortiva, Attn: Bankruptcy, PO Box 105555, Atlanta, GA 30348-5555 |
| 16683553 | | Email/Text: Atlanticus@ebn.phinsolutions.com | Sep 24 2026 02:33:00 | Fortiva, PO Box 105555, Atlanta, GA 30348-5555 |
| 16683556 | | EDI: LCIICSYSTEM | Sep 24 2026 06:21:00 | I.C. System, Inc, PO Box 64378, Saint Paul, MN 55164-0378 |
| 16683557 | | EDI: LCIICSYSTEM | Sep 24 2026 06:21:00 | Ic Systems, Inc, Attn: Bankruptcy, 444 Highway 96 E, Saint Paul, MN 55127-2557 |
| 16683558 | | Email/Text: bk@lendmarkfinancial.com | Sep 24 2026 02:33:00 | Lendmark Financial Ser, 2118 Usher St NW, Covington, GA 30014-2434 |
| 16683561 | + | Email/PDF: resurgentbknotifications@resurgent.com | Sep 24 2026 02:42:10 | LVNV Funding/Resurgent Capital, Attn: Bankruptcy, PO Box 10497, Greenville, SC 29603-0497 |
| 16683559 | | Email/Text: LC-Bankruptcy-RF@loancare.net | Sep 24 2026 02:33:00 | Loancare LLC, 3637 Sentara Way, Virginia Beach, VA 23452-4262 |
| 16683560 | | Email/Text: LC-Bankruptcy-RF@loancare.net | Sep 24 2026 02:33:00 | Loancare LLC, Attn: Bankrutptcy, PO Box 8068, Virginia Beach, VA 23450-8068 |
| 16683563 | | Email/PDF: MerrickBKNotifications@Resurgent.com | Sep 24 2026 02:42:00 | Merrick Bank, PO Box 9201, Old Bethpage, NY 11804-9001 |
| 16683564 | ^ | MEBN | Sep 24 2026 02:31:16 | Michael Ratchford, Esq., 54 Glenmaura National Blvd, Suite 104, Moosic, PA 18507-2161 |
| 16683565 | | EDI: AGFINANCE.COM | Sep 24 2026 06:21:00 | Onemain, PO Box 1010, Evansville, IN 47706-1010 |
| 16683567 | ^ | MEBN | Sep 24 2026 02:30:33 | Prestige Financial Svc, Attn: Bankruptcy, 351 W Opportunity Way, Draper, UT 84020-1399 |
| 16683566 | | Email/Text: bankruptcy@gopfs.com | Sep 24 2026 02:34:00 | Prestige Financial Svc, 1420 S 500 W, Salt Lake City, UT 84115-5149 |
| 16683568 | + | Email/Text: UpStart@ebn.phinsolutions.com | Sep 24 2026 02:33:00 | Upstart Network, 2950 South Delaware Street, San Mateo, CA 94403-2580 |
| 16683569 | + | EDI: VERIZONCOMB.COM | Sep 24 2026 06:21:00 | Verizon Wireless, PO Box 650051, Dallas, TX 75265-0051 |

TOTAL: 32

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | LAKEVIEW LOAN SERVICING, LLC |
| 16683550 | | Father |

TOTAL: 2 Undeliverable, 0 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 25, 2026 Signature: /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 23, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Brent J. Lemon | on behalf of Creditor Duquesne Light Company Brent.Lemon@mccalla.com mccallaecf@ecf.courtdrive.com |
| Kenneth Steidl | on behalf of Debtor Duane E. Lanious julie.steidl@steidl-steinberg.com ken.steidl@steidl-steinberg.com;ifriend@steidl-steinberg.com;asteidl@steidl-steinberg.com;todd@steidl-steinberg.com;rlager@steidl-steinberg.com;bwilhelm@steidl-steinberg.com;Steidl.KenB104904@notify.bestcase.com |
| Matthew Fissel | on behalf of Creditor LAKEVIEW LOAN SERVICING LLC bkgroup@kmllawgroup.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Robert H. Slone, Trustee | on behalf of Trustee Robert H. Slone Trustee robertslone223@gmail.com, rslone@mahadylegal.com;pa07@ecfcbis.com |
| Robert H. Slone, Trustee | robertslone223@gmail.com rslone@mahadylegal.com;pa07@ecfcbis.com |

TOTAL: 6